# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

Case No.

Chapter 7

Debtor(s)

# FINAL DECREE

The estate of the above named debtor has been fully administered.

( ) The deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

( ) is discharged as trustee of the estate of the above named debtor and the bond is canceled;

(XX) the chapter 7 case of the above-named debtor is closed; and

( ) [other provisions as needed]

DATED:_____ By:_____
                            U. S. Bankruptcy Judge